MICHAEL C. PHILLIPS APC (Bar No. 48473)
LISA L. COPLEN (Bar No. 142726)
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594
EMAIL:     mcp@amclaw.com
           llc@amclaw.com

Attorneys for WESTCHESTER FIRE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELISA STEPHENS, ACADEMY OF ART UNIVERSITY, INC., and ACADEMY OF ART COLLEGE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL, EMPLOYER INSURANCE COMPANY OF WAUSAU, ACE USA, WESTCHESTER FIRE INSURANCE CO., <br><br> Defendants. | Case No. C-05-0213 PJH <br><br> **JOINT STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE** <br><br> Date:     JUNE 23, 2005 <br> Time:     2:30 <br> Crtrm.:   3, 17th Floor <br> 450 Golden Gate Ave. <br> San Francisco, CA |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

///

1  IT IS HEREBY STIPULATED by and between the parties, through their respective
2  attorneys of record, that the Case Management Conference be continued to June 23, 2005 at 2:30
3  p.m. in Courtroom 3 of the above-entitled court.
4  SO STIPULATED.
5  DATED: May 25, 2005            LAW OFFICES OF NEIL EISENBERG
6
7  By: _____
      NEIL EISENBERG
8  Attorneys for Plaintiffs ELISA STEPHENS,
   ACADEMY OF ART UNIVERSITY, INC., and
   ACADEMY OF ART COLLEGE, INC.
9
10 DATED: May 26, 2005            ANDERSON, McPHARLIN & CONNERS LLP
11
12 By: _____
      Michael C. Phillips APC
      Lisa L. Coplen
13 Attorneys for WESTCHESTER FIRE INSURANCE
   COMPANY
14 DATED: May 31, 2005            CARLSON, CALLADINE & PETERSON LLP
15
16 By:  /s/ Nancy Strout
      Joyce C. Wang
17    Nancy Strout
   Attorneys for Defendants LIBERTY MUTUAL
18 INSURANCE COMPANY AND EMPLOYERS
   INSURANCE OF WAUSAU
19 IT IS SO ORDERED.
20 DATED: 6/1/05
21                                JUDGE OF THE UNITED STATES DISTRICT COURT

(Left margin: ANDERSON, McPHARLIN & CONNERS LLP, LAWYERS, 444 South Flower Street, Thirty-First Floor, Los Angeles, California 90071-2901, Tel (213) 688-0080 • Fax (213) 622-7594)