JOYCE C. WANG [Bar No.: 121139]
NANCY J. STROUT [Bar No. 121096]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY
(erroneously named as Liberty Mutual), and EMPLOYERS INSURANCE COMPANY OF WAUSAU (erroneously named as Employer Insurance Company Of Wausau)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA STEPHENS, ACADEMY OF ART UNIVERSITY, INC. and ACADEMY OF ART COLLEGE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL, EMPLOYER INSURANCE COMPANY OF WAUSAU, ACE USA, WESTCHESTER FIRE INSURANCE CO., et al., <br><br> Defendants. | CASE No.: C005 00213-PJH <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 16-2(e), the parties to the above-entitled action stipulate as follows:

1. The parties appeared for an initial Case Management Conference on June 23, 2005. At that time, plaintiffs' counsel advised that he believed that the related litigation, *Elisa Stephens, et al., v. Olympic Club*, pending in San Francisco Superior Court, could proceed to trial on or about January 2006. The parties agreed that, because of the factual overlap between the cases,

1 discovery in this action should be stayed pending resolution of the *Olympic Club* action. The
2 Court agreed and continued the Case Management Conference to February 23, 2006.

3  2. In the course of litigating *Olympic Club* action, the plaintiffs have discovered that
the structural damage is not as extensive as originally anticipated and their claim against their
insurance carriers, which is the basis for this action, will be substantially lower as a result.
Nevertheless, plaintiffs are still in the process of obtaining hydrological and soils reports to rule
out other causes of the damage. As a result, plaintiffs do not anticipate a trial in the *Olympic Club*
action until September 2006.

  3. It would be in the best interest all of the parties to wait for a resolution of the
*Olympic Club* action before undertaking discovery in this action.

  4. The Case Management Conference originally scheduled for February 23, 2006 at
2:30 p.m. will be continued until October 5, 2006 at 2:30 p.m.

DATED: February 14, 2006                    CARLSON, CALLADINE & PETERSON LLP

                                                                //ss//
                                            By:_____
                                                JOYCE C. WANG
                                                Attorneys for Defendants
                                                LIBERTY MUTUAL INSURANCE COMPANY
                                                (erroneously named as Liberty Mutual), and
                                                EMPLOYERS INSURANCE COMPANY OF
                                                WAUSAU (erroneously named as Employer
                                                Insurance Company Of Wausau)

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

DATED:  February 14, 2006                         NEIL D. EISENBERG

                                                                //ss//
                                                     By:_____

                                                     Attorney for Plaintiffs ELISA STEPHENS,
                                                     ACADEMY OF ART UNIVERSITY, INC. and
                                                     ACADEMY OF ART COLLEGE, INC.


DATED:  February 14, 2006                         ANDERSON, McPHARLIN & CONNERS

                                                                //ss//
                                                     By:_____
                                                         LISA L. COPLEN
                                                         Attorneys for Defendant WESTCHESTER FIRE
                                                         INSURANCE COMPANY


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: February __16__, 2006

                                                     IT IS SO ORDERED
                                                     Judge Phyllis J. Hamilton
                                                     UNITED STATES DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

3

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**CASE NO.: C05 00213 PJH**