1  MICHAEL C. PHILLIPS APC (Bar No. 48473)
    mcp@amclaw.com
2  LISA L. COPLEN (Bar No. 142726)
    llc@amclaw.com
3  WILLIAM S. HONG (Bar No. 224214)
    wsh@amclaw.com
4  ANDERSON, McPHARLIN & CONNERS LLP
    Thirty-First Floor
5  444 South Flower Street
    Los Angeles, California 90071-2901
6  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

7  Attorneys for Defendant WESTCHESTER
    FIRE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELISA STEPHENS, ACADEMY OF ART UNIVERSITY, INC., and ACADEMY OF ART COLLEGE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL, EMPLOYER INSURANCE COMPANY OF WAUSAU, ACE USA, WESTCHESTER FIRE INSURANCE CO.,<br><br>Defendants. | Case No. C-05-0213 PJH<br>ORDER DENYING REQUEST<br>S~~TIPULATION AND ORDER~~ TO CONTINUE TRIAL AND RELEVANT DATES |

**WHEREAS**, the trial date is now set for May 5, 2008, and;

**WHEREAS**, there is a related case styled *Stephens, et al v. Olympic Club*, Case No. 06-4486-AGC, still pending in San Francisco Superior Court and which commenced trial on October 15, 2007, and expected to last until November 9, 2007, before the Honorable Walter P. Capaccioli (Ret.), and;

**WHEREAS**, in the interest of judicial economy, the *Stephens v. Olympic Club* case should be resolved prior to the litigation of the instant case, and;

**WHEREAS**, Plaintiffs agree that liability and damages for the matters complained of in

this action may be resolved in the underlying *Stephens v. Olympic Club* case, and;

**WHEREAS**, Plaintiffs believe that to the extent they are successful in the underlying *Stephens v. Olympic Club* action, it may, at minimum reduce and possibly eliminate, Plaintiffs' claimed damages in the instant action, and;

**WHEREAS**, Plaintiffs believe that even if they are not successful in the underlying *Stephens v. Olympic Club* case, the liability and occurrence date determinations from the underlying case could limit and possibly eliminate, whether or not Plaintiffs' alleged damages claimed in the instant case are covered under either or both of the policies issued by Defendants Liberty Mutual and Westchester at issue in the instant case, and;

**WHEREAS**, Plaintiffs believe that commencement of trial in the underlying case adversely affects the availability of witnesses for discovery in the instant case, and;

**WHEREAS**, the parties are willing to continue the trial and related dates to accommodate the schedules of all witnesses for their convenience and to avoid possible duplication of discovery efforts in both cases, and;

**WHEREAS**, all parties agree that a continuance of the May 5, 2008, trial date would not prejudice any party, and;

**WHEREAS**, all parties agree the continuance would allow the parties to complete discovery and likely narrow the issues of dispute in this case following the underlying *Stephens v. Olympic Club* case, and;

**WHEREAS**, the continuance would allow the parties to engage in further mediation and settlement discussion, and;

**WHEREAS**, the parties respectfully submit that the continuance requested would not have an adverse affect upon the ultimate litigation of the action, and;

**THEREFORE, THE PARTIES JOINTLY STIPULATE AND REQUEST THAT THIS COURT ISSUE AN ORDER** rescheduling the following dates:

(1) Non-Expert Discovery Cut-off date from November 21, 2007 to **October 22, 2008**;

(2) Expert Disclosure date from December 31, 2007 to **December 1, 2008**;

(3) Expert Discovery Cut-off date from March 24, 2008 to **January 12, 2009**;

1  (3) Expert Discovery Cut-off date from March 24, 2008 to **January 12, 2009**;

2  (4) Dispositive Motions hearing deadline from January 16, 2008 to **November 5, 2008**;

3  (5) Pretrial Conference from April 10, 2008 to **January 6, 2009**; and

4  (6) Trial date from May 5, 2008 to **February 23, 2009**.

5  **SO STIPULATED:**

6  DATED: October 18, 2007        EISENBERG LAW OFFICE

8  By: _____
           Neil Eisenberg
9  Attorneys for Plaintiffs ELISA STEPHENS,
10 ACADEMY OF ART UNIVERSITY, INC., and
   ACADEMY OF ART COLLEGE, INC

12 DATED: October ___, 2007        CARLSON, CALLADINE & PETERSON LLP

14 By: _____
           Joyce C. Wang
15         Nancy Strout
16 Attorneys for Defendants LIBERTY MUTUAL
   INSURANCE COMPANY AND EMPLOYERS
17 INSURANCE OF WAUSAU

18 DATED: October ___, 2007        ANDERSON, McPHARLIN & CONNERS LLP

21 By: _____
           Michael C. Phillips APC
22         Lisa L. Coplen
           William S. Hong
23 Attorneys for Defendant WESTCHESTER FIRE
   INSURANCE COMPANY

24 **IT IS SO ORDERED**

25 DATED: October ___, 2007

27 _____
   Judge Phyllis J. Hamilton

(left margin) ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1  (3) Expert Discovery Cut-off date from March 24, 2008 to **January 12, 2009**;

2  (4) Dispositive Motions hearing deadline from January 16, 2008 to **November 5, 2008**;

3  (5) Pretrial Conference from April 10, 2008 to **January 6, 2009**; and

4  (6) Trial date from May 5, 2008 to **February 23, 2009**.

5  SO STIPULATED:

6  DATED: October ___, 2007        EISENBERG LAW OFFICE

8                                  By: _____
9                                      Neil Eisenberg
10                                  Attorneys for Plaintiffs ELISA STEPHENS,
                                    ACADEMY OF ART UNIVERSITY, INC., and
                                    ACADEMY OF ART COLLEGE, INC

12  DATED: October 18, 2007         CARLSON, CALLADINE & PETERSON LLP

14                                  By: _/s/ Nancy J. Strout_____
15                                      Joyce C. Wang
                                        Nancy Strout
16                                  Attorneys for Defendants LIBERTY MUTUAL
                                    INSURANCE COMPANY AND EMPLOYERS
17                                  INSURANCE OF WAUSAU

18  DATED: October 18, 2007         ANDERSON, McPHARLIN & CONNERS LLP

20                                  By: _____
21                                      Michael C. Phillips APC
22                                      Lisa L. Coplen
                                        William S. Hong
23                                  Attorneys for Defendant WESTCHESTER FIRE
                                    INSURANCE COMPANY

25  DATE:                           10/23/07

28                                  _____
                                    Judge Phyllis J. Hamilton

*[Stamp: DENIED — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

Side margin: ANDERSON, McPHARLIN & CONNERS LLP — LAWYERS — 444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR — LOS ANGELES, CALIFORNIA 90071-2901 — TEL (213) 688-0080 • FAX (213) 622-7594

652502.1 5494.076

3

C-05-0213 PJH

STIPULATION AND ORDER TO CONTINUE TRIAL AND RELEVANT DATES